# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARCUS LOCKHART**                                                                 **PLAINTIFF**

v.                                  No: 3:19-cv-00037 DPM-PSH

**BLACK**                                                                          **DEFENDANTS**

## ORDER

Plaintiff Marcus Lockhart filed a complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* on February 25, 2019 (Doc. Nos. 1-2). Lockhart is incarcerated at the Craighead County Detention Center. He is a "three-striker" under the three-strikes provision of the Prison Litigation Reform Act ("PLRA"). The following cases filed by Lockhart were dismissed for failure to state a claim: *Lockhart v. Craighead County Detention Center, et al.*, No. 3:17-cv-00103-JM; *Lockhart v. Jonesboro Police Department, et al.*, 3:17-cv-00033-DPM; *Lockhart v. Harvey, et al.*, No. 3:10-cv-00023-SWW. The PLRA's three-strikes provision states that a prisoner cannot proceed *in forma pauperis* in a civil action if:

> the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, ***unless the prisoner is under imminent danger of serious physical injury.***

28 U.S.C. § 1915(g) (emphasis added). The U.S. Court of Appeals for the Eighth Circuit has explicitly upheld the constitutionality of the three-strikes provision. *See Higgins v. Carpenter*, 258 F.3d 797 (8th Cir. 2001). As a three-striker, Lockhart must show that he was in imminent danger of serious physical injury at the time he filed the complaint in order to proceed *in forma pauperis*.

28 U.S.C. § 1915(g); *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998). The Eighth Circuit has clarified that the imminent danger exception applies only when there is a genuine risk of an "ongoing serious physical injury." *Martin v. Shelton,* 319 F.3d 1048, 1050 (8th Cir. 2003).

The Court needs more information to determine if Lockhart's claims meet the imminent-danger exception to the PLRA's three-strikes rule. Lockhart alleges he fell due to a water leak in his cell and did not receive treatment for a neck injury. Doc. No. 2 at 4-6. Lockhart must amend his complaint within thirty days from the date of this Order to describe why he believes he is currently in danger of imminent serious physical injury. Lockhart must describe how each defendant violated his constitutional rights. Finally, Lockhart should state whether he sues defendants in their individual and/or official capacities.

The Clerk of Court is directed to send Lockhart a blank § 1983 form. Lockhart is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Lockhart fails to comply with this Order within thirty days, this case may be dismissed.

IT IS SO ORDERED this 28th day of February 2019.

_____
UNITED STATES MAGISTRATE JUDGE