# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARCUS BRIAN LOCKHART                                      PLAINTIFF

v.                               No. 3:19-cv-37-DPM

BLACK, Head Nurse, C.C.D.C.;   and
K. BOWERS, Captain, Jail Administrator              DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, № 5, and overrules Lockhart's objections, № 6 & № 7. FED. R. CIV. P. 72(b)(3). The legal problem for Lockhart is who he's suing: His amended complaint states that he's suing Black and Bowers in their official capacities only. № 4 at 2. He has made no claim against them in their individual capacities. For the reasons specified by the Magistrate Judge, once the case goes down this fork in the road, Lockhart's claims fail. His motion for leave to proceed *in forma pauperis*, № 1, is therefore denied as moot; and his amended complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 April 2019