# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MARCUS BRIAN LOCKHART                                    PLAINTIFF

v.                            No. 3:19-cv-37-DPM

BLACK, Head Nurse, C.C.D.C.; and
K. BOWERS, Captain, Jail Administrator                   DEFENDANTS

## JUDGMENT

Lockhart's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

16 April 2019